**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20433-CR-BLOOM/ELFENBEIN**

FILED BY MHU D.C.
Oct 13, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**IN RE SEALED INDICTMENT**
_____________________________/

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrant, this Motion, the resulting Order, and any other related document be SEALED until the arrest of the defendant or further Order of the Court. Should this Indictment become public prior to the arrest of the defendant, the named defendant may flee, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office and any relevant law enforcement agency, however, may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ______________________

Lindsey Maultasch
Assistant United States Attorney
Court ID No. A5502705
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9115
Lindsey.Maultasch@usdoj.gov